**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACK SULLIVAN,<br><br>        Plaintiff,<br><br>    v.<br><br>CARMEN PACHECO, et al.,<br><br>        Defendants. | Case No.  1:26-cv-00704-SKO<br><br>**ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATION TO DISMISS WITHOUT LEAVE TO AMEND**<br><br>(Doc. 5) |

On January 29, 2026, the assigned magistrate screened the complaint in this action and issued findings and recommendations that the case be dismissed due to the frivolousness of the complaint. (Doc. 5 at 5).  The magistrate granted Plaintiff fourteen days from the date of service to file any objections to the recommendation of the magistrate judge.  (*Id.* at 6).  In addition, the magistrate advised plaintiff that "failure to file objections within the specified time may result in the waiver of rights on appeal."  (*Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014))).  Thus, due to service by mail, any objections were due no later than February 16, 2026. *See* Fed. R. Civ. Proc. 6(d).  To date, no objections have been filed.  (*See* Docket).

Pursuant to 28 U.S.C. § 636(b)(l)(C), this Court conducted a *de novo* review of the case. Having carefully reviewed the matter, the Court finds the findings and recommendation are supported by the record and proper analysis.  Based upon the foregoing, the Court **ORDERS**:

    1.    The findings and recommendation issued on January 29, 2026, (Doc. 5), are

1

**ADOPTED IN FULL**;

    2.    This action is **DISMISSED** without prejudice; and

    3.    The Clerk of Court is directed to **CLOSE** this case and serve a copy of this order on Plaintiff at the address listed on the docket.

IT IS SO ORDERED.

Dated:   **February 17, 2026**

                  UNITED STATES DISTRICT JUDGE

2